■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYLE R. REUTER, Appellant. [33 NYS3d 757]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated June 24, 2015, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court properly assessed 30 points under risk factor 3 (number of victims) and 20 points under risk factor 7 (relationship with victim) based upon his conviction, in Wyoming, of possession of child pornography (*see People v Gillotti*, 23 NY3d 841 [2014]; *People v Johnson*, 11 NY3d 416 [2008]; *People v Hamilton*, 139 AD3d 928 [2016]; *People v Granzeier*, 137 AD3d 989 [2016]; *People v Wooten*, 136 AD3d 1305 [2016]). In addition, the County Court properly determined that the defendant was not entitled to a downward departure and, thus, properly designated him a level three sex offender (*see People v Rukasov*, 132 AD3d 748, 749 [2015]; *People v Morel-Baca*, 127 AD3d 833, 834 [2015]; *People v Wyatt*, 89 AD3d 112 [2011]). Eng, P.J., Roman, LaSalle and Barros, JJ., concur.